UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 04539
   MADELINE STOCKSTELL
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-4493

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 02/10/2005 and was confirmed 04/14/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was converted to chapter 7 after confirmation 08/28/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITY OF CHICAGO WATER DE | SECURED | 3575.00 | .00 | .00 |
| WASHINGTON MUTUAL | CURRENT MORTG | .00 | .00 | .00 |
| UNITED MORTGAGE & LOAN I | CURRENT MORTG | .00 | .00 | 7867.21 |
| UNITED MORTGAGE & LOAN I | MORTGAGE ARRE | 7778.89 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | .00 | .00 | .00 |
| TALK AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSECURED | 899.56 | .00 | .00 |
| MELVIN J KAPLAN | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 587.79 |
| DEBTOR REFUND | REFUND | | | 400.00 |

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 11,555.00 | |
| PRIORITY | | .00 |
| SECURED | | 7,867.21 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,700.00 |
| TRUSTEE COMPENSATION | | 587.79 |
| DEBTOR REFUND | | 400.00 |
| TOTALS | 11,555.00 | 11,555.00 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
Dated: 11/28/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE